Michael Petramala
Post Office Box 60222
Phoenix, Arizona 85082

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL PETRAMALA, | NO: CV-17-2449-PHX-DLR |
| Plaintiff, | PLAINTIFF'S COMPLAINT |
| v. | |
| CITY OF SCOTTSDALE AND KEN FLINT, | |
| Defendants. | |

## JURISDICTION

This action arises out of a federal question and subject matter jurisdiction, and a claim for damages and injunctive relief against defendants for civil rights violations and pendent state law torts and contract claims. See 28 U.S.C. § 1331.

## COMPLAINT

Count I – Civil Rights Violation 42 U.S.C. §1983 Second and Fourteenth Amendment Violations

The City of Scottsdale violated Petramala's rights under the second amendment by filing a case without probable cause, then having the case dismissed, which left Petramala on NICS. Moreover, the City of Scottsdale failed to provide a NICS psychologist to remove Petramala pursuant to the NICS Improvement Act of 2007 and A.R.S. § 13-925.

The City of Scottsdale has a pattern and practice of filing cases without probable cause as well as offering plea agreements with more jail time than the expected sentence if a defendant went to trial[1], and also of destroying or loosing *Brady* evidence[2].

Count II – Breach of NICS Contract under the NICS Improvement Act of 2007

Petramala is a third party intended beneficiary of the state and federal NICS contract. Approximately $2,000,000.00 per year is given by the federal government to the state government to remove mentally defective citizens from NICS. Congress recently expressed its intent that mentally defective citizens not be on NICS by invalidating a proposed federal regulation proposing that those mentally defectives who cannot manage their monthly benefit payments be listed on NICS. See Public Law No: 115-8 which was signed by President Trump on February 28, 2017.

Therefore, Petramala was intended to be removed from NICS by being appointed a NICS psychologist but the City of Scottsdale caused the NICS removal process to be illusory by either failing to stipulate to NICS removal or failing to provide a NICS psychologist with the monies given by the federal government as delineated above. The City of Scottsdale is now demanding that Petramala pay off Flint in order to exercise his second amendment rights guaranteed under federal law, which amounts to breach of contract for a third party beneficiary.

Count III – Malicious Prosecution

The City of Scottsdale filed a bogus criminal case against Petramala which was dismissed. The case was filed wrongfully and without probable cause. Petramala suffered damages to be determined at trial including but not limited to loss of employment rehabilitation entitlements and reputational harm.

---

[1] http://brownandlittlelaw.com/2011/12/12/wasting-scottsdales-resources/

[2] http://www.ripoffreport.com/reports/scottsdale-city-court/scottsdale-arizona-85251/scottsdale-city-court-judge-nancy-lewis-prosecutor-ken-flint-and-court-withholds-evidenc-652612

Count IV – Respondeat Superior

The City of Scottsdale negligently hired and negligently supervised Ken Flint allowing him to violate the constitutional rights of Petramala by filing a case without probable cause against him and failing to remove him from NICS. Flint admitted he maliciously prosecuted the case against Petramala in an affidavit in which he admitted to first ordering a copy of the police report *after* he filed the case against Petramala, without probable cause, and further that Flint opposed NICS removal with no legitimate basis other than the fact that Flint is a vexatious prosecutor.

**DEMAND**

Petramala demands immediate removal from NICS and/or the cost of a NICS psychologist to remove him from NICS and/or $3,000,0000 in damages.

RESPECTFULLY SUBMITTED this 20th day of July, 2017.

By _____
Michael Petramala

Original filed and two copies:

Clerk
United States District Court District of Arizona
401 West Washington Street, Suite 130, SPC 1
Phoenix, Arizona 85003
602-322-7200

City of Scottsdale
3700 North 75th Street
Scottsdale, Arizona 85251
Fax: 480-312-7795