IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Petramala, | No. CV-17-02449-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| City of Scottsdale, et al., | |
| Defendants. | |

Having screened Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2),

**IT IS ORDERED** that Plaintiff's First Amended Complaint (Doc. 10) may be served. Plaintiff is responsible for service of the summons and complaint.[1]

Dated this 28th day of August, 2017.

Douglas L. Rayes
United States District Judge

---

[1] Nothing in this order precludes Defendants from filing a motion to dismiss if, after complying with this Court's standard order at Doc. 6, Defendants determine that such a motion is warranted.